Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | CASE NO. 5:22-cv-01011-WDK-JC |
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| David Antonio Salazar, et al. | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff G & G Closed Circuit Events, LLC, and Defendants David Antonio Salazar and Jocko's Pub, Inc. that the above-entitled action is hereby dismissed *with prejudice* against David Antonio Salazar and Jocko's Pub, Inc.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

///
///

Dated: 11/23/22

*(signature)*

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: 10/20/22

*(signature)*

LAW OFFICES OF WILLIE W. WILLIAMS
By: Willie W. Williams, Esquire
Attorneys for Defendants David Antonio Salazar and Jocko's Pub, Inc.

///
///
///
///
///
///
///
///

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.

On November 23, 2022, I caused a true and correct copy of the foregoing document described as:

**STIPULATION OF DISMISSAL** to be served on the parties to this action as follows:

Electronic Service through the Court's Electronic Case Files (ECF) system. The following counsel currently receive email notices for this case through the ECF system.

### ECF SERVICE LIST

| | |
|---|---|
| Mr. Willie W. Williams, Esquire<br>**LAW OFFICES OF WILLIE W. WILLIAMS**<br>10621 Church Street, Suite 110<br>Rancho Cucamonga, CA 91730 | (Attorneys for Defendants **David Antonio Salazar and** Jocko's Pub, Inc.) |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 23, 2022           */s/ Leticia Estrada*
                                   **LETICIA ESTRADA**